O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME T. WILSON, | ) | Case No. CV 06-03640-AHS(OP) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| S. JOHNSON, Medical Technical Assistant, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

1     IT IS HEREBY ORDERED that: (1) accepting this Report and
2 Recommendation; (2) granting Defendant Johnson's Motion for Summary
3 Judgment on Plaintiff's retaliation claim; (3) granting Defendant Smith's Motion
4 for Summary Judgment on Plaintiff's due process claim; and (4) dismissing this
5 action with prejudice.

7 DATED: August 24, 2012

                                           ALICEMARIE H. STOTLER
                                      HONORABLE ALICEMARIE H. STOTLER
8                                       Senior United States District Judge

11 Prepared by:

13 HONORABLE OSWALD PARADA
    United States Magistrate Judge

2