O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME T. WILSON,<br><br>            Plaintiff,<br><br>       vs.<br><br>S. JOHNSON, Medical Technical Assistant, et al.,<br><br>            Defendants | Case No. CV 06-03640-AHS  (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1       IT IS ADJUDGED that the Third Amended Complaint is dismissed with
2 prejudice.
3
4 DATED:  August 24, 2012        ALICEMARIE H. STOTLER
5                                        HONORABLE ALICEMARIE H. STOTLER
6                                        Senior United States District Judge
7
8 Prepared by:
9
10 [signature]
11 HONORABLE OSWALD PARADA
    United States Magistrate Judge
12